**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1905**

———————

SEYEDEH FATEMAH JANHAMIR,

Petitioner,

versus

PETER D. KEISLER, Acting Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.  (A28-023-510)

———————

Submitted:  October 12, 2007          Decided:  November 5, 2007

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge

———————

Petition denied by unpublished per curiam opinion.

———————

Seyedeh Fatemah Janhamir, Petitioner Pro Se.  Eric Warren Marsteller, Michelle Gorden Latour, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Seyedeh Fatemah Janhamir, a native and citizen of Iran, seeks review of an order of the Board of Immigration Appeals (Board) denying relief from removal. Janhamir challenges the Board's finding that she was an arriving alien and inadmissible, and claims that the Notice to Appear charging her with removability is thus null and void. We have reviewed the administrative record and the Board's decision and conclude that Janhamir's claims are without merit. See 8 U.S.C. § 1101(a)(13)(C) (2000). We accordingly deny the petition for review for the reasons stated by the Board. In re: Janhamir, No. A28-023-510 (B.I.A. July 26, 2005). We deny Janhamir's motions to strike Respondent's reply brief, for reproduction of relevant portions of the administrative record, and to substitute certain pages of the administrative record. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED